

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2018

No. 04-18-00419-CR

Wilbert P. **STEWART**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 1993CR0145
Honorable Sid L. Harle, Judge Presiding

**ORDER**

This appeal is **DISMISSED**.

It is so **ORDERED** on August 22, 2018.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2018.

_____
Keith E. Hottle, Clerk of Court